_____

**SO ORDERED,**



**Judge Jason D. Woodard**

**United States Bankruptcy Judge**

**The Order of the Court is set forth below. The case docket reflects the date entered.**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF MISSISSIPPI

**IN RE: PAMELA TIDWELL**                                               **CHAPTER 13**
       **PRESTON TIDWELL**

**DEBTORS**                                                              **CASE NO. 22-10736 JDW**

### ORDER SUSPENDING CHAPTER 13 PLAN PAYMENTS [Dkt. #31]

This matter came on for consideration of the Motion [Dkt. #31] of the Debtors, Pamela Tidwell and Preston Tidwell, requesting the issuance of an order suspending their plan payments for 2 (two) months, and no response or objections being filed by the deadline set by the Court, the Court finds that just cause exist for the entry of the following order:

IT IS, THEREFORE, ORDERED that Debtor's Chapter 13 Plan payment is suspended for the months of May and June, 2023.

IT IS FURTHER ORDERED that the post-petition mortgage payment arrears for May and June, 2024, shall be paid on an altered basis over the remaining term of the plan, as amended, with the regular maintenance payments to resume with the July, 2024 payment.

IT IS FURTHER ORDERED that money received by the Trustee, if any, from Debtors during the 2 (two) month suspension shall be refunded to the Debtors.

IT IS FURTHER ORDERED that the Trustee shall amend the Debtors' wage order as necessary to comply with this order.

Document      Page 2 of 2

IT IS FURTHER ORDERED that within 21 (twenty-one) days of the end the of the suspension period the Debtors would shall resume payments or file a motion seeking additional relief, failing which, the case may be dismissed.

##ENDOFORDER##

PREPARED BY:

ROBERT H. LOMENICK, JR., MSB 104186
JONES & SCHNELLER, PLLC
126 NORTH SPRING STREET
P.O. BOX 417
HOLLY SPRINGS, MS 39635
662-252-3224/robert@northmsbankruptcy.com
ATTORNEY FOR DEBTORS